IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| ASHLEY SHEPARD-HANSON, INDIVIDUALLY AND AS NEXT FRIEND OF B.H., A MINOR, and ELIZABETH SHEPARD, INDIVIDUALLY, | § | |
| *Plaintiffs,* | § | CIVIL ACTION NO. 9:26-CV-00170 JUDGE MICHAEL J. TRUNCALE |
| VS. | § | |
| JAMES L. CARCANO, | § | |
| *Defendant.* | § | |

**ORDER REGARDING SETTLEMENT**

The Court has received the Mediator's Report in this matter indicating that a mediation was held on August 13, 2026 which resulted in a settlement. [Dkt. 17]. As this case involves the settlement of a minor, the Court will appoint a guardian ad litem to represent the minor plaintiff and hold a hearing to approve the minor's settlement.

Accordingly, the Parties are **ORDERED** to advise the Court of the name of the guardian ad litem they wish to use in this matter or whether they prefer the Court appoint one to represent the minor plaintiff at the hearing. This information should be provided to the Court on or before **September 11, 2026**.

It is further **ORDERED** that the Parties advise the Court when they are ready to schedule the hearing to approve the minor's settlement.

**SIGNED this 1st day of September, 2026.**

Michael J. Truncale
United States District Judge